**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :    No. 129 WAL 2017
                                                :

            Respondent              :

                                                :    Petition for Allowance of Appeal from
                                                :    the Order of the Superior Court

                 v.                            :

                                                :

JOSEPH MICHAEL ARLOTT,              :

                                                :

            Petitioner               :


## ORDER


**PER CURIAM**

     **AND NOW**, this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.